UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RICHARD E. GALLO,  )<br>  )<br>           Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>  )<br>CHERYL BURSON, *et al.*,  )<br>  )<br>           Defendants.  )<br>  ) | 2:11-CV-01080-PMP-CWH<br><br>**<u>ORDER</u>** |

For the reasons set forth in Defendant's Response (Doc. #17), the Court finds that Plaintiff's Motion for Relief from Judgment or Order Pursuant to FRCP Rule 60 (Doc. #15) should be denied as the relief requested would be futile.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion for Relief from Judgment or Order Pursuant to FRCP Rule 60 (Doc. #15) is **DENIED** and the case is hereby dismissed with prejudice.

The Clerk of Court shall forthwith enter judgment accordingly.

DATED this 8th day of March, 2013.

_____
PHILIP M. PRO
United States District Judge